# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DISTRICT

| | |
|---|---|
| **RED.COM, LLC,** a Nevada limited liability corporation<br><br>Plaintiff,<br><br>vs.<br><br>**TOCAD AMERICA INC.**, an unknown corporate entity;<br><br>Defendant. | Case No.: 8:18-CV-00393-CJC-DFM<br><br>ORDER FOR DISMISSAL<br><br>Judge: Cormac J. Carney<br>Magistrate Judge: Douglas F. McCormick |

This case having come on before this Court, upon the pleadings, and it being represented to the Court that Plaintiff Red.com, LLC. and Defendant ToCAD America Inc., have settled their differences with respect to the matters in dispute by way of a separate confidential agreement between the parties. On the consent of the parties and their attorneys, and good cause having been shown,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED:

That all claims, counterclaims and defenses of Red.com, Inc. and ToCAD America Inc. are dismissed without prejudice.

*In light of the Notice of Voluntary Dismissal, the Court further orders the Order to Show Cause [16] issued on May 21, 2018 discharged.*

IT IS HEREBY ORDERED.

DATED: May 31, 2018

_____
JUDGE, U.S. District Court