1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

RED.COM, LLC, a Nevada limited
liability corporation,

         Plaintiff,

   vs.

TOCAD AMERICA, INC.,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:  8:18-cv-00393-CJC-DFM

Hon. Cormac J. Carney

**ORDER ON THE JOINT
STIPULATION FOR OF DISMISSAL
WITH PREJUDICE**

Judge: Cormac J. Carney
Magistrate Judge: Douglas F. McCormick

     This case having come on before this Court, upon the pleadings, and it being represented to the Court that Plaintiff Red.com, LLC. and Defendant ToCAD America Inc., have settled their differences with respect to the matters in dispute by way of a separate confidential agreement between the parties.  On the consent of the parties and their attorneys, and good cause having been shown,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED:

That all claims, counterclaims and defenses of Red.com, Inc. and ToCAD America Inc. are dismissed with prejudice.

IT IS HEREBY ORDERED.

DATED:  June 8, 2018

_____
JUDGE, U.S. District Court

Order for Voluntary Dismissal with Prejudice